Copartners, etc., Appellants. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas and Rich, JJ., concurred; Carr, J., not voting.

Annie D. Kennedy, as Administratrix, etc.; of James B. Kennedy, Deceased, Respondent, v. Horace I. Moyer and Philip A. Faribault, Copartners, etc., Appellants. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas and Rich, JJ., concurred; Carr, J., not voting.

Antonio Laezza, as Administrator, etc., of Joseph Laezza, Deceased, Appellant, v. National Licorice Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Joseph Liccione, Respondent, v. Lorenzo Ullo and Others, Appellants. — Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Nora McGrath, Appellant, v. Ella Byrnes, Respondent.— Order of the County Court of Kings county modified by providing that the judgment stand as security and as modified affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Catherine J. Meanley, as Administratrix, etc., of Samuel Meanley, Deceased, Respondent, v. The Long Island Railroad Company, Appellant. — Order setting aside verdict and granting new trial unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Fannie Mendelson, Appellant, v. Ella R. Gausman, Respondent.— Judgment affirmed by default, with costs. Jenks, P. J., Hirschberg, Burr, Thomas and Stapleton, JJ., concurred.

Thomas Muller, Respondent, v. Pope-Hartford Auto Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Carr and Rich, JJ.

Thomas Muller, Respondent, v. Pope-Hartford Auto Company, Appellant.— Order denying motion for new trial unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Carr and Rich, JJ.

Parshelsky Brothers, Inc., Respondent, v. Edward Butcher, as Trustee, etc., and Others, Defendants. Alexander M. Zack, Appellant.— Order in so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Wilhelmina Schmeiser, Respondent, v. Charles Schmeiser, Appellant, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Morris Solomon, Respondent, v. Rebecca Solomon, Appellant.— Order modified by permitting plaintiff to serve a supplemental complaint, and as modified affirmed, without costs. No opinion. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Mary Terrence, Respondent, v. Jacob Autenrieth, Jr., Appellant.— Judgment and order reversed on argument, and new trial granted, costs to abide the event, on the ground that the defendant was not afforded a